FILED
August 03, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Greg Duenas_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ROY AUTRY, § | |
| § | |
| *Plaintiff,* § | |
| v. § | |
| § | EP-19-CV-00154-DCG |
| AHERN RENTALS, INC, *d/b/a* § | |
| AHERN RENTALS AND § | |
| SALES, § | |
| § | |
| *Defendant.* § | |

## VERDICT FORM

**Question No. 1:**

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Roy Autry for the damages, if any, you have found Defendant Ahern Rentals, Inc. caused Plaintiff Roy Autry?

Answer in dollars and cents for the following item and none other:

Past mental anguish.

$ _100,000_

If you answer "$0" for Question 1, do **not** answer any further questions.

- 1 -

**Question No. 2:**

Do you find that Plaintiff Roy Autry should be awarded punitive damages?

Answer "Yes" or "No."

___Yes___

If you answered "Yes" to Question No. 2, then answer Question No. 3:

**Question No. 3:**

What sum of money should be assessed against Defendant Ahern Rentals, Inc. as punitive damages?

Answer in dollars and cents:

$ ___400,000___

**SIGNED on this 3rd day of August 2022, in El Paso, Texas**


Foreperson