UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ROY AUTRY, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | EP-19-CV-00154-DCG |
| AHERN RENTALS, INC., *d/b/a Ahern Rentals and Sales*, | § § § | |
| *Defendant*. | § § | |

## FINAL JUDGMENT

The Court hereby **ENTERS FINAL JUDGMENT** in favor of Plaintiff Roy Autry and against Defendant Ahern Rentals, Inc., d/b/a Ahern Rentals and Sales. For the reasons the Court specifies in the Memorandum Opinion it issued this same date, Plaintiff may recover the following from Defendant:

- **$100,000** in compensatory damages for past mental anguish;

- Prejudgment interest on the $100,000 compensatory damages award, calculated as simple interest at the rate of 6.25% from June 10, 2019 to September 26, 2022, in the total amount of **$20,616.44**;

- **$400,000** in punitive damages; and

- Postjudgment interest on the amounts awarded above, calculated from the date of the entry of this judgment, and compounded annually at the rate of **3.91%**.

The Court **DIRECTS** the Clerk to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 26th day of September 2022.**

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE